CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Amandas@potterhandy.com
Attorneys for Plaintiff

ROBIN A. WOFFORD (SBN:137919)
rwofford@wilsonturnerkosmo.com
CARMEN G. ESPINOSA (321251)
cespinosa@wilsonturnerkosmo.com
WILSON TURNER KOSMO LLP
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
Attorneys for Defendants
Prime Comms Retail, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, Plaintiff, v. PRIME COMMS RETAIL, LLC, a Delaware Limited Liability Company, Defendant. | Case No.: 5:21-cv-04338-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
|---|---|

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 11, 2022        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: August 11, 2022        WILSON TURNER KOSMO LLP

By: /s/ Robin A.Wofford
Robin A. Wofford
Carmen G. Espinosa
Attorneys for Defendant
Prime Comms Retail, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Robin A. Wofford, counsel for Prime Comms Retail, LLC, respectively, and that I have obtained Attorney Wofford's authorization to affix their electronic signature to this document.

Dated: August 11, 2022                CENTER FOR DISABILITY ACCESS

                                            By: /s/ Amanda Seabock
                                            Amanda Seabock
                                            Attorneys for Plaintiff